AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | 7:19-MJ-2616-3 |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No. 1:19-cr-0278-JPH-TAB |
| | ) | |
| | ) | |
| RAMON SOLIS (-03) | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAMON SOLIS (-03),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1).
Count 3: Distribution of a Mixture or Substance Containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

Date: 10/11/2019

CLERK OF COURT, Laura A. Briggs
BY: *[signature]*

City and state: Indianapolis, IN

### Return

| This warrant was received on *(date)* 10/25/19, and the person was arrested on *(date)* 10/28/2019 at *(city and state)* McAllen, TX | |
| --- | --- |
| Date: 10/28/2019 | *[signature]* Arresting officer's signature |
| | DUSM Jaime Torres Printed name and title |